UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL OLIVEIRA

VS. C.A. NO. 07-232S

CITY OF PROVIDENCE,
by and through its Treasurer,
STEPHEN T. NAPOLITANO, JOHN DOE,
individually and in his official capacity as a police
officer employed by the City of Providence,
JOHN DOE, individually and in his official capacity
as a police officer employed by the City of Providence,
SERGEANT WILLIAM DWYER, individually and
in his official capacity as a police officer employed
by the City of Providence, JOHN or EDWARD RYAN,
individually and in his official capacity as a police
officer employed by the City of Providence, PATRICK
MULHOLLAND, individually and in his official
capacity as a police officer employed by the City of Providence,
KENNETH WIGGINTON, individually and in his official
capacity as a police officer employed by the City of Providence,
DEAN ESSERMAN, individually and in his official
capacity as Chief of the City of Providence Police
Department

**DEFENDANTS, CITY OF PROVIDENCE AND DEAN ESSERMAN'S ANSWER TO PLAINTIFF'S COMPLAINT**

## I. Introduction

1. Paragraph 1 of Plaintiff's Complaint states a legal conclusion to which no response is required.

## II. Parties

1. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff’s Complaint and leave Plaintiff to his proof thereof.

2. Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Paragraph 3 of Plaintiff's Complaint requires no response from these Defendants.

4. Paragraph 4 of Plaintiff's Complaint requires no response from these Defendants.

5. Paragraph 5 of Plaintiff’s Complaint requires no response from these Defendants.

6. Paragraph 6 of Plaintiff’s Complaint requires no response from these Defendants.

7. Paragraph 7 of Plaintiff’s Complaint requires no response from these Defendants.

8. Paragraph 8 of Plaintiff’s Complaint requires no response from these Defendants.

9. Paragraph 9 of Plaintiff’s Complaint requires no response from these Defendants.

10. Defendants admit the allegations contained in Paragraph 10 of Plaintiff's Complaint.

## III. Jurisdiction

11. Defendants admit the allegations contained in Paragraph 11 of Plaintiff's Complaint.

## IV. Venue

12. Defendants admit the allegations contained in Paragraph 12 of Plaintiff's Complaint.

## V. Material Facts

13. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

14. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

15. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

16. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

17. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

18. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

19. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

20. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

21. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

22. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

23. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

24. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

25. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

26. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

27. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

28. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

29. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

30. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and leave Plaintiff to his proof thereof.

31. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 31 of Plaintiff’s Complaint and leave Plaintiff to his proof thereof.

32. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 32 of Plaintiff’s Complaint and leave Plaintiff to his proof thereof.

33. Defendants deny generally and specifically the allegations contained in Paragraph 33 of Plaintiff’s Complaint.

34. Defendants deny generally and specifically the allegations contained in Paragraph 34 of Plaintiff’s Complaint.

35. Defendants deny generally and specifically the allegations contained in Paragraph 35 of Plaintiff’s Complaint.

36. Defendants deny generally and specifically the allegations contained in Paragraph 36 of Plaintiff’s Complaint.

37. Defendants deny generally and specifically the allegations contained in Paragraph 37 of Plaintiff’s Complaint.

38. Defendants deny generally and specifically the allegations contained in Paragraph 38 of Plaintiff's Complaint.

**VI. Claims for Relief**

39. Defendants reiterate and incorporate by reference their answers to Paragraphs 1 through 38 of Plaintiff's Complaint as if fully set forth herein.

**Count One**
**Negligence**

40. Defendants deny generally and specifically the allegations contained in Paragraph 40 of Plaintiff's Complaint as if fully set forth herein.

**Count Two**
**Assault**

41. Paragraph 41 of Plaintiff's Complaint requires no response from these Defendants.

**Count Three**
**Battery**

42. Paragraph 42 of Plaintiff's Complaint requires no response from these Defendants.

**Count Four**
**Malicious Prosecution**

43. Paragraph 43 of Plaintiff's Complaint requires no response from these Defendants.

**Count Five**
**Unreasonable Search and Seizure in Violation of 42 U.S.C. § 1983**

44. Defendants deny generally and specifically the allegations contained in Paragraph 44 of Plaintiff's Complaint.

**Count Six**
**Unreasonable Search and Seizure in Violation of Article I, §6 of the RI Constitution**

45. Defendants deny generally and specifically the allegations contained in Paragraph 45 of Plaintiff's Complaint.

**Affirmative Defenses**

1. That any injury or damage suffered by the Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct.

2. That the actions of the Defendants and/or Defendants' agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiff suffered any damages, such damages were caused or contributed to by the Plaintiff's negligence.

4. To the extent that the Plaintiff suffered any damages, the risk of such damages were assumed by the Plaintiff.

5. The Defendants' agents acted, at all times material hereto, in good faith.

6. The Defendants' agents had legal justification for all its actions relative to the Plaintiff.

7. Defendants' liability is limited by R.I.G.L. Section 9-31-3.

8. Defendants pleads the defense of qualified immunity.

9. That the actions of the Defendants were lawful and proper and probable cause existed for the arrest of Plaintiff.

WHEREFORE, Defendants demand that Plaintiff's Complaint be denied and dismissed, that judgment enter for these Defendants and that Defendants be granted their costs and attorney's fees.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

DEFENDANTS,

City of Providence and
Dean Esserman

By their Attorney,

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)
kevin_mc1950@hotmail.com

**Certificate of Service**

I hereby certify that on this 9th day of August, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document will be served by electronic mail upon:

V. Edward Formisano, Esq.
Sinapi, Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
edf@sfclaw.com

/s/ Kevin F. McHugh