MJC:tsp 95371 \pleading\95371Answer.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL OLIVEIRA | : | |
| | : | |
| v. | : | C.A. No. 07-232 S |
| | : | Jury Trial Demanded |
| CITY OF PROVIDENCE, et al | : | |

**ANSWER OF DEFENDANTS, EDWARD RYAN, WILLIAM DWYER, KENNETH WIGGINTON AND PATRICK MULHOLLAND**

1. Neither admitted nor denied.

2. Admit

3. No answer required by these defendants.

4. No answer required by these defendants.

5. No answer required by these defendants.

6. Neither admitted nor denied.

7. Neither admitted nor denied.

8. Neither admitted nor denied.

9. Neither admitted nor denied.

10. Neither admitted nor denied.

11. Admit

12. Admit

13. Unknown and denied.

14. Unknown and denied.

15. Unknown and denied.

16. Unknown and denied.

17. Unknown and denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Unknown and denied.

27. Unknown and denied.

28. Unknown and denied.

29. Unknown and denied.

30. Unknown and denied.

31. Unknown and denied.

32. Unknown and denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Defendants incorporate their answers to the said realleged paragraphs.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

WHEREFORE, defendants demand judgment against the plaintiff.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

1. Defendants plead assumption of the risk.

2. Defendants plead qualified immunity.

Defendants demand a trial by jury.

DEFENDANT,
By Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/15/07 to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Michael J. Colucci