MJC:tsp 95371 \pleading\95371Entry.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL OLIVEIRA | : | |
| | : | |
| v. | : | C.A. No. 07-232 S |
| | : | |
| CITY OF PROVIDENCE, et al | : | |

**ENTRY OF APPEARANCE**

I, Michael J. Colucci, hereby enter my appearance on behalf of defendants, Edward Ryan, William Dwyer, Kenneth Wigginton and Patrick Mulholland, in the above matter.

DEFENDANT,
By Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 8/15/07 to:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Kevin F. McHugh, Esq.
CITY SOLICITOR'S OFFICE
275 Westminster Street, Suite 200
Providence, RI 02903-1845

/s/ Michael J. Colucci