**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL OLIVEIRA** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-232S** |
| | : | |
| **CITY OF PROVIDENCE, et al.,** | : | |
| **Defendants** | | |

**NOTICE TO TAKE DEPOSITION**

**DATE:** **September 5, 2007**

**TIME:** **9:30 a.m.**

**DEPONENT:** **Patrick Mulholland**

Pursuant to Federal Rule of Civil Procedure 30, please take notice that we will take the testimony on oral examination of the above named deponent at the time set forth above before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned at the office of Sinapi, Formisano & Co., Ltd., 100 Midway Place, Suite 1, Cranston, RI 02920, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

PLAINTIFF
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

/s/ V. Edward Formisano

Dated: August 17, 2007

V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

## CERTIFICATION

TO: Michael J. Colucci, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Kevin F. McHugh, Esq.
City Solicitor's Office
275 Westminster Street, Suite 200
Providence, RI 02903-1845

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

I hereby certify that on the 17th day of August 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System and is available for viewing and downloading form the ECF system.

/s/ V. Edward Formisano