## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL OLIVEIRA | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No.: 07-232S |
| | : | |
| CITY OF PROVIDENCE, et al., | : | |
|     Defendants | | |

### PLAINTIFF'S STATEMENT ENUMERATING ELEMENTS OF CLAIMS IN RESPONSE TO REQUIREMENT OF PRETRIAL ORDER

Now comes the Plaintiff in the above-cited matter and hereby submits the within written statement enumerating the elements of the various claims alleged in his Complaint as required pursuant to this Court's Pretrial Conference Notice and Order. The Plaintiff reserves the right to modify, amend and/or augment the within statement at any time during the course of these proceedings.

### I. Negligence

### A. Elements

1.    The failure or refusal to exercise a duty of care towards another.

2.    The failure or refusal to exercise this duty of care proximately causes damage to another.

### B. Case Law

Saunders v. State, 731 F.2d 81 (1st Cir. 1984); Saunders v. State, 446 A.2d 748 (R.I. 1982); Taylor v. North Carolina Department of Corrections, 363 S.E.2d 868 (N.C. 1988).

### II. Negligence - Respondeat Superior

### A. Elements

1. A duty of reasonable care owed by a servant towards an individual to whom his or her master owes a duty of care.

2. A negligent act and/or omission of the servant acting within the scope of his or her employment.

3. Proximately causes injury to the person and/or property to whom the duty of care is owed.

### B. Case Law

Saunders v. State, 731 F.2d 81 (1st Cir. 1984); Taylor v. North Carolina Department of Corrections, 363 S.E.2d 868 (N.C. 1988); Saunders v. State, 446 A.2d 748 (R.I. 1982); Breux v. State, 314 So. 2d 449 (La. Ct. App. 1975).

### III. Assault

### A. Elements

1. A physical act of threatening nature or offer of corporal injury;

2. That puts an individual in reasonable fear of imminent bodily harm.

### B. Case Law

Picard v. Barry-Pontiac-Buick, Inc., 654 A.2d 690 (R.I. 1995); Proffit v. Ricci, 463 A.2d 514 (R.I. 1983).

### IV. Battery

### A. Elements

An act that was intended to cause, and does cause, an offensive contact with or unconsented touching or trauma upon the body of another.

### B. Case Law

See §III.B.

### V. Unreasonable Search and Seizure – 42 U.S.C. §1983

#### A. Elements

1. The deprivation of any rights, privileges, or immunities secured by the Constitution and laws of the United States;

2. Under the color of any statute, ordinance, regulation, custom, or usage of any State or Territory.

#### B. Case Law

Calero-Colon v. Betancourt-Lebron, 68 F.3d 1 (1st Cir. 1995); Vinagro v. Reitsma, 260 F.Supp.2d 425 (D. R.I. 2003).

### VI. Unreasonable Search and Seizure – Article I, §6 of Rhode Island Constitution

#### A. Elements

See §V.A.

#### B. Case Law

See §V.B.

### VII. Malicious Prosecution

#### A. Elements

A suit for damages resulting from a prior criminal or civil legal proceeding that was instituted maliciously or without probable cause, and that terminated unsuccessfully for the plaintiff therein.

#### B. Case Law

Dyson v. City of Pawtucket, 670 A.2d 233 (R.I. 1996); Hillside Associates v. Stravato, 642 A.2d 664 (R.I. 1994); Clyne v. Doyle, 740 A.2d 781 (R.I. 1999).

                                      Plaintiff,
                                      By his attorneys,
                                      SINAPI, FORMISANO & CO., LTD.

Dated: September 5, 2007        /s/V.Edward Formisano
                                      V. Edward Formisano (#5512)
                                      100 Midway Place, Suite 1
                                      Cranston, RI 02920-5707
                                      (401) 944-9690
                                      (401) 943-9040 (facsimile)

## CERTIFICATION

     I hereby certify that on the 5th day of September 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System and is available for viewing and downloading form the ECF system.

                                       /s/ V. Edward Formisano