MJC:tsp 95371 \pleading\95371Stip.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL OLIVEIRA | : | |
| | : | |
| v. | : | C.A. No. 07-232S |
| | : | |
| CITY OF PROVIDENCE, et al | : | |

**STIPULATION**

The plaintiff's complaint lists one of the defendant officers as either John Ryan or Edward Ryan. It is now hereby stipulated that the proper defendant is Edward Ryan and not John Ryan. John Ryan is not a defendant in this case.

/s/ V. Edward Formisano
V. Edward Formisano, Esq. #5512
SINAPI, FORMISANO & COMPANY, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920
PHONE: (401) 944-9690
FAX: (401) 943-9040

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: September 10, 2007