**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL OLIVEIRA** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07-232S** |
| | : | |
| **CITY OF PROVIDENCE, et al.,** | : | |
| **Defendants** | | |

**STIPULATION**

This matter is dismissed, without prejudice, no costs or fees.

Plaintiff,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

Dated: February 5, 2008

/s/V.Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

Defendants,
By their attorneys,

Dated: February 5, 2008

/s/ Michael J. Colucci
Michael J. Colucci (3302)
Olenn & Penza, LLP
530 Greenwich Ave.
Warwick, RI 02886
(401)737-3700
(401)737-5499 (facsimile)

Dated: February 5, 2008

/s/ Kevin F. McHugh
Kevin F. McHugh (3927)
Senior Assistant City Solicitor
Providence Law Department
275 Westminster Street, Suite 200
Providence, RI 02903
(401)421-7740 ext. 333
(401)351-7596 (facsimile)

**CERTIFICATION**

I hereby certify that on the 5th day of February, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System and is available for viewing and downloading form the ECF system.

/s/ V. Edward Formisano